## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

DRYFHOUT ENTERPRISES, LLC,  )
DRYFHOUT PROPERTIES, LLC,  )
MATTHEW DRYFHOUT, and  )
ANGELINA DRYFHOUT,  )
   )
      Plaintiffs,  )
   )   C.A. No. 24-1184-RGA
   v.  )
   )
SHELLCO 2021 LIMITED f/k/a  )
BAKBLADE LIMITED  )
   )
      Defendant.  )
   )

### [PROPOSED] ORDER CONFIRMING U.S. MARSHAL'S SALE AND FACILITATING TRANSFER OF PROPERTY SOLD

Upon the Motion for Entry of an Order Confirming U.S. Marshal's Sale and Facilitating Transfer of Property Sold (the "Motion"),[1] filed by Plaintiffs Dryfhout Enterprises, LLC, Dryfhout Properties, LLC, Matthew Dryfhout and Angelina Dryfhout (collectively, the "Judgment Creditors"), and upon consideration of the record, filings and proceedings had before this Court, it is hereby

### ORDERED, ADJUDGED AND DECREED THAT:

1.    The Motion is GRANTED. (D.I. 20)

2.    The Sale of the Property, including the Domain Names, to Dryfhout Properties, LLC is approved and CONFIRMED.

---

[1] All capitalized terms used but not otherwise defined herein shall have the same meaning ascribed to them as in the Motion.

3.    GoDaddy.com and any other registrar(s) of the Domain Names listed below are hereby authorized and directed to take all necessary actions to transfer ownership of such Domain Names to Dryfhout Properties, LLC:

- backblade.com
- backblade.org
- backshaverclub.com
- bak-blade.com
- bakblade.at
- bakblade.bz
- bakblade.ca
- bakblade.co.in
- bakblade.eo.nz
- bakblade.co.uk
- bakblade.com
- bakblade.com.br
- bakblade.com.br
- bakblade.com.co
- bakblade.cz
- bakblade.es
- bakblade.in
- bakblade.info
- bakblade.it
- bakblade.mx
- bakblade.net
- bakblade.net.in

2

- bakblade.org

- bakblade.se

- bakblade.tv

- bakblade.es

- bakbladeamericas.com

- bakbladegrooming.ca

- bakbladegrooming.com

- bakbladegrooming.mx

- bakbladegrooming.net

- bakbladegrooming.org

- bakbladegroominaco.com

- bakbladegroorningco.info

- bakbladegroomingco.net

- Bakbladegroomingco.org

- bakbladeproducts.com

- bakbladeproducts.net

- bakbladeproducts.org

- bakbladepromo.com

- bakbladerazor.com

- bakblades.com

- bakbladeshaver.com

- bakbladeshop.com

- bakbladespecialoffer.com

- bakbladestore.com

- bakbladetvoffer.com

3

- bakrazor.com

- bakshaver.com

- bakshaverclub.com

- baktrimmer.com

- baldblade.com

- baldblade.net

- baldblade.org

- ball-barber.com

- ballbarber.net

- bodbarber.ca

- bodbarber.com

- bodbarber.info

- bodbarber.net

- bodbarber.org

- bodblade.com

- bodblade.info

- bodblade.net

- bodblade.org

- bodfresh.com

- bodfresh.net

- bodfresh.org

- bodrazor.com

- bodrazor.info

- bodrazor.net

- bodrazor.org

4

- bodshaver.com
- bodshaver.info
- bodshaver.net
- bodshaver.org
- cabakblade.com
- getballbarber.com
- liberatugotila.com

The Honorable Richard G. Andrews,
United States District Judge

5